AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-56(1) (DSD)**

0541-1101-0154-D

James Daniel Dechon Ellis

US MARSHAL'S SERVICE
NOV 2 3 35 PM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: James Daniel Dechon Ellis

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Mehl, Deputy Clerk

November 1, 2004 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

ARRESTED ON 11-12-04
ARRESTED BY Self Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lalumiere

DC Modified 04/06/04