PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Daniel Dechon Ellis**

**Docket No. 0:01CR00056-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Daniel Dechon Ellis** who was sentenced for Bank Fraud on November 16, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No new credit
- Drug aftercare
- Provide financial access
- Mental health

*Modified as of 3/9/2004*:

- 25 hours of community service

*Modified as of 4/22/2004*:

- 90 days of in a home detention program

Mr. Ellis was also order to pay restitution in the amount of $49,414.17.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION #4: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Ellis failed to appear (arrived an hour after the facility had closed) for urinalysis as instructed by the code-a-phone.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall perform 24 hours of community service, as approved by the probation officer. The hours shall be completed by February 28, 2006.

SCANNED
NOV 30 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 28th day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on November 23, 2005
Place St. Paul