Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. James Daniel Dechon Ellis

Docket No. 0:01CR00056-1

**HEARING WAIVER**

I, James Daniel Dechon Ellis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer. The hours shall be completed by February 28, 2006.

Signed: ______________________

James Daniel Dechon Ellis
Supervised Releasee

Dated: 11-22-05

Witness: ______________________

SCANNED
NOV 30 2005
U.S. DISTRICT COURT