IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-CR-0056 DSD |
| | ) | Date: April 11, 2006 |
| JAMES DANIEL DECHON ELLIS (01) | ) | Court Reporter: None |
| | ) | Tape Number: 528C |
| Defendant. | ) | Time Commenced: 3:10 p.m. |
| | | Time Concluded: 3:15 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

**Plaintiff:** Ann Anaya, Assistant United States Attorney

**Defendant:** Kate Menendez, Esq.
**X FPD** ☐ CJA ☐ Retained **X To be appointed**

Interpreter: ______________________________ Language: ______________________________

Date Charges Filed: **April 3, 2006** Offense: **Violation of Conditions of Supervised Release**

☐ Charges read into record **X Waived Reading of Charges** **X Advised of Rights**

on ☐ Indictment ☐ Information ☐ Complaint **X Violation of Supervised Release**

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**X Defendant released on existing supervised release conditions.**

☐Detention hearing waived **X Preliminary revocation hearing waived** ☐Removal hearing waived

**Next appearance: Final Revocation hearing on April 20, 2006 at 9:30 a.m. before U.S. District Court Judge David S. Doty**

Additional Information:

s/ Dan Herber
Signature of Dan Herber, Law Clerk