# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JAMES DANIEL DECHON ELLIS,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-56 DSD

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREW H. MOHRING shall appear as appointed counsel of record for the above named defendant in this case.

Dated: April 12, 2006

*s/Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415