A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
APR 12 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-56 (1) DSD**

James Daniel Dechon Ellis

0641-0403-0690-0

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 APR -4 P 4: 29

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: James Daniel Dechon Ellis

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Jackie Ellingson
(By) Jackie Ellingson, Deputy Clerk

April 3, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

SCANNED
APR 13 2006
U.S. DISTRICT COURT MPLS

ARRESTED ON 4-11-06
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA

criminal\warrant.frm

DC Modified 12/08/04