**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# MODIFICATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: David S. Doty, U.S. District Judge |
| James Daniel Dechon Ellis, Defendant. | ) | Case No: 01-56(1)(DSD/JMM) |
| | ) | Date: April 20 2006 |
| | ) | Court Reporter: Lorilee Fink |
| | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 9:50 a.m. |
| | | Time in Court: 20 Minutes |

## APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Andrew H. Mohring : FPD

## PROCEEDINGS:

: **Modification - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Defendant's supervised release be continued to the original expiration date under the same terms and conditions and modified to include the following special condition: The defendant shall reside for a period of 180 days in a community corrections center as approvved by the probation officer and shall observe the rules of that facility. Deft shall be released for work and school.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk