UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No 01-56(1)(DSD)

United States of America,

Plaintiff,

v.

James Daniel Dechon Ellis,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on April 20, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the conditions of his supervised release by using a controlled substance, failing to submit to drug testing and failing to complete community service. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> The defendant shall reside for a period of 180 days in a community corrections center with work and school release, as directed by the probation officer, and shall observe the rules of that facility. Subsistence is waived.

Defendant shall remain on supervised release to run until the original expiration date of February 3, 2009. In addition to the

above modification, the same terms and conditions originally imposed on November 16, 2001, shall apply.

Dated: April 20, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court