PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

AUG 2 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Daniel Dechon Ellis**

**Docket No. 0:01CR00056-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Daniel Dechon Ellis** who was sentenced for Bank Fraud on November 16, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No new credit, drug aftercare, provide financial access, mental health, and restitution in the amount of $49,414.17.
>
> 25 hours of community service (modified on March 9, 2004)
>
> 90 days in a home detention program (modified on April 22, 2004)
>
> 24 hours of community service (modified on November 28, 2005)
>
> 180 days in a Residential Re-Entry Center (modified on March 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On May 31; June 26 and 28; and July 8, 2006, Mr. Ellis failed to report for urinalysis.

> SPECIAL CONDITION: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

Mr. Ellis has failed to submit written monthly reports for February, March, April, May, and June 2006.

On July 1, 3, 5, and 18, 2006, Mr. Ellis failed to report to this officer as instructed.

> STANDARD CONDITION: The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer.

Mr. Ellis failed to follow through on a Rule 25 Assessment and report to submit DNA.

SCANNED
AUG 03 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a home detention program which may include electronic monitoring up to the date he is admitted to the Residential Re-Entry Center program. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 2nd day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 1, 2006
Place Minneapolis

c: United States Sentencing Commission