Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. James Daniel Dechon Ellis

Docket No. 0:01CR00056-001(DSD)

## HEARING WAIVER

I, James Daniel Dechon Ellis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of time up to entry into the Residential Re-Entry Center in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed:

James Daniel Dechon Ellis
Supervised Releasee

Dated: 7·26·06

Witness:

Douglas S. Stevens
U.S. Probation Officer

SCANNED
AUG 03 2006
U.S. DISTRICT COURT MPLS