PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Daniel Dechon Ellis**

**Docket No. 0:01CR00056-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Daniel Dechon Ellis** who was sentenced for Bank Fraud on November 16, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No new credit, drug aftercare, provide financial access, mental health, and restitution in the amount of $49,414.17.

25 hours of community service (modified on March 9, 2004)
90 days in a home detention program (modified on April 22, 2004)
24 hours of community service (modified on November 28, 2005)
180 days in a Residential Re-Entry Center (modified on March 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another state, federal, or local crime.

STANDARD CONDITION: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On July 21, 2006, Mr. Ellis was cited by Dakota County law enforcement for Driving After Revocation. The case is pending.

On August 12, 2006, Mr. Ellis was arrested by Minneapolis law enforcement for Second Degree Driving While Impaired. The preliminary field breath test registered a .24. The case is pending.

Mr. Ellis failed to notify this officer of his contact with law enforcement/arrest within 72 hours on both cases.

SCANNED
AUG 22 2006
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 18th day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 17, 2006
Place Minneapolis