**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-56(1) DSD |
| | ) | Date: 9/5/06 |
| JAMES DANIEL DECHON ELLIS, | ) | Court Reporter: None |
| | ) | Tape Number: 4/620-1052 |
| Defendant. | ) | Time Commenced: 1:50 p.m. |
| | | Time Concluded: 1:55 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** LeeAnn Bell
Assistant U.S. Attorney

**Defendant:** Andrew Mohring
FPD ☐ CJA ☐ Retained √ ☐ To be appointed

Date Charges Filed: 8/18/06 Offense: Violation of Supervised Release

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
Defendant waived preliminary revocation hearing. Defendant released on same conditions as previously imposed in addition that he abstain from alcoholic beverages and from frequenting establishments that sell alcoholic beverages. Counsel to contact Judge Davis' chambers for final revocation hearing date. AUSA to prepare order.

s/AR
Signature of Criminal Duty Clerk