UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-56-01 (DSD)

UNITED STATES OF AMERICA,
Plaintiff,
v.
JAMES DANIEL DECHON ELLIS,
Defendant.

**ORDER MODIFYING SUPERVISED RELEASE CONDITIONS**

This matter was before the Court on September 8, 2006, for a first appearance on a supervised release violation. Defendant was present and represented by Andrew Mohring, Esq. The government was represented by LeeAnn K. Bell, Assistant United States Attorney. The government sought a modification of the terms of Defendant's supervised release conditions. Defendant, by and through his attorney, did not object to the modifications. Accordingly, the government's motion for modification of Defendant's supervised release conditions is granted.

FINDINGS AND CONCLUSIONS

1. On August 28, 2001, Defendant pled guilty to one count of bank fraud in violation of Title 18, United States Code, Section 1344. On November 19, 2001, Defendant was sentenced in this District to the custody of the Bureau of Prisons for 38 months.

2. Defendant is alleged to have violated the conditions of his supervised release. First, that Defendant was involved with law enforcement on two separate occasions, including an arrest for driving

while impaired and failed to notify his probation officer. Second, that Defendant failed to comply with the rules of his home detention/electronic monitoring.

3. Because of a concern about the Defendant's alcohol use, the government sought to add two conditions to Defendant's supervised release. First, that Defendant refrain from the use of alcohol. Second, that Defendant not frequent establishments that serve alcoholic beverages.

4. The Defendant did not object to these additional conditions.

CONCLUSIONS OF LAW

Based upon the foregoing findings of fact, the Court makes the following conclusions of law:

1. As a result of the foregoing findings of fact, and after consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court finds that modification of the conditions of supervised release is appropriate pursuant to 18 U.S.C. § 3583(a)(2). All of the standard and special conditions of supervised release that were in effect prior to this order remain in effect.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for modification of the Defendant's supervised release is GRANTED;

2. The special condition that the Defendant shall refrain from the use of alcohol shall be added to Defendant's supervised release conditions;

3. The special condition that the Defendant shall not frequent establishments that serve alcohol shall be added to Defendant's supervised release conditions; and

4. All of the standard and special conditions of supervised release that were in effect prior to this Order remain in effect.

Dated: September 6, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge