AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2006 AUG 22 A 10: 57

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-56 (1) DSD/JMM

James Daniel Dechon Ellis

RECEIVED
SEP 08 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

James Daniel Dechon Ellis

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E (Eighth Floor)**
**300 South Fourth Street**
**Minneapolis MN 55415**

Before: **Honorable Magistrate Judge Arthur J. Boylan**

On: **Tuesday, September 5, 2006, at 1:30 p.m.**

To answer a(n) Petition and Order on Supervised Release Violation.

Brief description of offense:

in violation of Title , United States Code, Section

Leah E. Gilgenbach, Deputy Clerk

Dated: August 22, 2006

SCANNED
SEP 11 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Doug Stevens Date: 8/25/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: residence

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/25/06
Date

AL GARBER
Name of United States Marshal

[signature]
~~(by) Deputy United States Marshal~~
US Probation Officer

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure