**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE:Susan Richard Nelson<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: CR 01-56 DSD |
| | ) | Date: 09/21/06 |
| James Daniel Dechon Ellis, | ) | Court Reporter: none |
| | ) | Tape Number: 11/239-398 |
| Defendant. | ) | Time Commenced: 2:00 p.m. |
| | | Time Concluded: 2:07 p.m. |
| | | Time in Court: 7 Minutes |

APPEARANCES:

Plaintiff: Omar Syed for Bill Koch, Assistant U.S. Attorney
Defendant: Kate Menendez, FPD, appeared for Caroline Durham, CJA.

Interpreter: ____none________________ Language:____English_______________

Date Charges Filed: 09/15/06 Offense: Violation of Supervised Release

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered

Next appearance date is Friday, September 22, 2006 at 11:30 a.m. before U.S. Magistrate Judge Nelson for:

√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation

Additional Information:

s/AR
Signature of Criminal Duty Clerk