**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. CR 01-56 DSD**

**Plaintiff,**

**v.** **ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

**James Daniel Dechon Ellis,**

**Defendant.**

---

Upon motion of the United States it is ORDERED that a detention/ preliminary revocation hearing is set for Friday, September 22, 2006, at 11:30 a.m. before Magistrate Judge Susan Richard Nelson, in Courtroom 8E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: September 21, 2006

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge