**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-56 DSD |
| | ) | Date: 09/22/06 |
| James Daniel Dechon Ellis, | ) | Court Reporter: None |
| | ) | Tape Number: 11/398-598 |
| Defendant. | ) | Time Commenced: 11:30 a.m. |
| | | Time Concluded: 11:40 a.m. |
| | | Time in Court: 10 Minutes |

**____ PRELIMINARY HRG ONLY** **_____ DETENTION HRG ONLY**

**__X__ PRELIMINARY REVOCATION/DETENTION HRG** **____ REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Bill Koch
Assistant U.S. Attorney

**Defendant:** Katherine Menendez, FPD, for Caroline Durham, CJA

Interpreter: _____none___________ Language:____English__________________

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order

☐ Deft bound over to District Court of Minnesota

Additional Information:
Defendant waived preliminary revocation hearing. If residential alcohol treatment program is available, Ms. Menendez will update the Court so it can determine if release to such a program is appropriate. Final revocation hearing date is Thursday, October 12, 2006 at 1:30 p.m. in front of Judge Doty.

__s/AR_____________
Signature of Criminal Duty Clerk