UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-56(11) DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JAMES D. ELLIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION FOR ORDER OF TEMPORARY RELEASE |

James D. Ellis, through counsel, respectfully moves the Court ordering the United States Marshal to release Mr. Ellis from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 11:30 a.m. on Wednesday, October 11, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender will bring Mr. Ellis to and from the assessment, and will return him to the United States Marshal in Minneapolis on that date, at or before 3:00 p.m. This motion is made pursuant to 18 U.S.C. §3142 (I) (final paragraph) and all files, records and proceedings herein. It is our understanding that the Office of United States Probation joins us in this request. A draft order is attached.

Dated: October 3, 2006

Respectfully submitted,

*s/Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921
Attorney for the Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415