# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JAMES D. ELLIS,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 01-56(11) DSD

I hereby certify that on October 3, 2006, I caused the following document(s):

1. Motion for Order of Temporary Release

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William Koch
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: October 3, 2006

*s/Caroline Durham*
CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415