A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 SEP 28 PM 3:13
CLERK U.S. DISTRICT COURT MINNEAPOLIS
2006 SEP 18 A 10:17

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-56 DSD**
0641-0915-1494-D

James Daniel Dechon Ellis

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: James Daniel Dechon Ellis

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Arthur J. Boylan, United States District Court Magistrate Judge.

September 15, 2006 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

______________________________________ ______________________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 9-20-06
ARRESTED USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04