UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.01-56(11) DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| V. | ) | **ORDER** |
| JAMES D. ELLIS, Defendant. | ) | |

Based on Mr. Ellis' motion for an order granting temporary custody of him to the Office of the Federal Defender, **IT IS ORDERED** that the United States Marshal release Mr. Ellis from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 11:30 a.m. on Wednesday, October 11, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender is directed to bring Mr. Ellis to and from the assessment at Dakota County Chemical Health, Dakota County Northern Services Building (651)554-6000, One Mendota Road, Suite 300, 2nd Floor, West St. Paul, Minnesota, and to return him to the custody of United States Marshal at the U.S. Courthouse in Minneapolis, Minnesota, on that date, at or before 3:00 p.m. It is further ordered that Mr. Ellis remain in custody until such time he is able to follow the recommendations made in the Rule 25 assessment.

Dated: October 4, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court