**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: David S. Doty |
| | ) | U.S. District Judge |
| James Daniel Dechon Ellis, Defendant. | ) | |

| | |
|---|---|
| Case No: | 01-56(1)(DSD/JMM) |
| Date: | October 12, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:45 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Caroline Durham : FPD

## PROCEEDINGS:.

: **Revocation of Supervised Release - Final Hearing.**.
: Defendant admits allegations.

## ORDERED:

: Defendant to remain in custody.
: Defendant is sentenced to: 11 months and no supervision to follow.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk