UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-56(11) DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR VOLUNTARY |
| V. | ) | SURRENDER |
| | ) | |
| JAMES DANIEL DECHON ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

James Daniel Dechon Ellis, through counsel, respectfully moves the Court to voluntarily surrender to the U.S. Marshals once a placement is available for the sentence received as a result of the supervised release violation.

Prior to the final revocation hearing on October 12, 2006, Mr. Ellis was taken into custody on a sealed warrant. At the revocation hearing, Mr. Ellis received an 11 (eleven) month sentence as a result of the supervised release violations. Due to the arrest on a warrant, Mr. Ellis was unprepared for incarceration.

Respectfully, Mr. Ellis requests the opportunity to voluntarily surrender rather than sit in jail awaiting transport to the facility where he will serve his time. This request is made to ensure his affairs are in order prior to beginning the 11 (eleven) month sentence he is to serve. In addition to concerns about his property, Mr. Ellis would like an opportunity to work prior to the prison commitment. The monies earned will benefit his girlfriend and the preparation for the birth of Mr. Ellis' first child.

Mr. Ellis will abide by any conditions deemed appropriate by the Court and U.S. Probation Office.

Dated: October 17, 2006

Respectfully submitted,

*s/Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921
Attorney for the Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415