UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

**USCA 8 NO** ____________________________

United States of America,
Plaintiff,

v.

James Daniel Dechon Ellis
Defendant.

01-56 (11) DSD
District Court Docket Number

Honorable David S. Doty
U.S. District Court Judge

Notice is given that James Daniel Dechon Ellis appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & commitment entered in this action on October 12, 2006.

*s/Caroline Durham*
Signature of Defendant's Counsel

Caroline Durham 24921X
Typed Name of Defendant's Counsel, Attorney ID No.

300 South Fourth Street, Suite 107
Street Address / Room Number

612-664-5858
Telephone Number

Minneapolis, MN 55415
City, State, Zip

October 18, 2006
Date

## TRANSCRIPT ORDER FORM

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:

- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof:
- ☐ Change of Plea
- ☒ Sentencing on 10/12/06
- ☐ Post Trial Proceedings
- ☐ Other (Specify):

☐ I am not ordering a transcript because

- ☐ Previously filed
- ☐ Other (Specify):

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of Payment: ___ Funds, X Authorization sent to reporter.

Attorney's Signature *s/Caroline Durham* Date October 18, 2006

NOTE: Complete All Items on Following Page(s)

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Reg. No. 09860-041, Sherburne County Jail, 13880 Highway 10
Elk River, MN 55330

2. Date of Verdict: N/A  Jury ☐  Non-Jury ☐

Offenses: Violation of Supervised Release

Trial Testimony  Number of Days: N/A  Bail Status: Detained

3. Date & Sentence Imposed: October 12, 2006; Custody Bureau of Prisons 11 months; no supervision to follow

4. Appealing: Sentence ☒  Conviction ☐  Both ☐

Challenging:
☒ Application of Sentencing Guidelines
☐ Constitutionality of Guidelines
☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:

Stenographer in Charge: (Name, Address, Phone) Lorilee Fink, 300 South Fourth Street, Suite 1005
Minneapolis, MN 55415, (612) 664-5105

6. Trial Counsel Was: ☒ Appointed (no fee required)  ☐ Retained (filing fee $105 unless IFP granted)

Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes ☐ No

Affidavit of Financial Status filed: N/A

Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes ☒ No

7. Assistant U.S. Attorney Name and Phone Number: William H. Koch
612-664-5600

**Court Reporter Acknowledgment**

______________________ Date Order Received

______________________ Estimated Completion Date

______________________ Estimated Number of Pages

______________________ Court Reporter's Signature

______________________ Date