# UNITED STATES DISTRICT COURT
## District of Minnesota

COPY

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

# TRANSMITTAL SHEET

**Date:** November 24, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Furchner, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **06-3648**

**District Court Number:** CR 01-56 DSD/JMM **James Daniel Dechon Ellis**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

RECEIVED
... 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

RECEIVED
NOV 27 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

SCANNED
NOV 28 2006
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America    Appeal No. 06-3648

vs.

James Daniel Dechom Ellis    Criminal No. CR 01-56 DSD/JMM

Date delivered to U.S.C.A.: November 24, 2006

Prepared by: mf

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**James Daniel Dechon Ellis**

U.S.C.A. #: 06-3648
District Court #: Criminal CR 01-56 DSD/JMM

## INDEX



| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 3/6/01 | 1-14 |
| 2. | JUDGMENT | 11/16/01 | 15-22 |
| 3. | PETITION AND ORDER ON BOND | 9/15/06 | 23-26 |
| 4. | SECOND AMENDED PETITION AND ORDER ON SUPERVISED | 10/2/06 | 27-28 |
| 5. | JUDGMENT | 10/12/06 | 29-30 |
| 6. | NOTICE OF APPEAL | 10/18/06 | 31-32 |
| 7. | DOCKET SHEET | | 33-44 |