# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-3648

CR 01-56(1) DSD

| | |
|---|---|
| United States of America,<br><br>Appellee,<br><br>vs.<br><br>James Daniel Dechon Ellis,<br>also known as J.D.,<br><br>Appellant. | Appeal from the United States<br>District Court for the<br>District of Minnesota |

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5359-010199)

December 7, 2006

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
DEC 11 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans